UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
DOE RUN PERU S.R.L.,
                Applicant,
                v.

TRAFIGURA AG,
                Respondent.
-----------------------------------------------------------X    May 19, 2011

## APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FOR AN EX PARTE ORDER COMPELLING PRODUCTION OF DOCUMENTS BY TRAFIGURA AG FOR USE IN FOREIGN PROCEEDINGS

Applicant Doe Run Peru S.R.L. (the "Applicant") hereby moves for an **EX PARTE** order pursuant to 28 U.S.C. § 1782 directing Trafigura AG, a company with offices located in Stamford, Connecticut, to produce documents in accordance with Exhibit A of the subpoena attached as Exhibit 1 hereto (the "Subpoena") on or before May 25, 2011 at 10:00 a.m. at the offices of the undersigned unless otherwise agreed by the parties, for purposes of discovery in connection with foreign proceedings. In further support of this Application, the Applicant submits a Memorandum of Law and Declaration of Juan Carlos Huyhua which set forth the factual and legal background, as well as the nature of the underlying proceedings in the Criminal Court in and for Lima, Peru.

Wherefore, the Applicant respectfully moves the Court for an EX PARTE Order as follows:

    1.    Approving the Applicant's Application for Discovery, including the scope and timing of the Subpoena;

    2.    Authorizing the Applicant's counsel to serve the Subpoena to Trafigura AG in the form attached hereto; and

3.      Compelling Trafigura AG to produce the documents requested in Exhibit A to the Subpoena no later than May 25, 2011 at 10:00 a.m. at the Stamford office of Cummings & Lockwood unless otherwise agreed by the parties.

 

APPLICANT,
DOE RUN PERU S.R.L.
BY CUMMINGS & LOCKWOOD LLC
ITS ATTORNEYS

By: _____
John W. Cannavino (ct06051)
Timothy M. Herring (ct26523)
Six Landmark Square
Stamford, CT 06901
Telephone: 203-351-4677
Fax: 203-708-3892
E-mail: therring@cl-law.com

and

KING & SPALDING LLP
Edward Kehoe, Esq.
Lisa Albert, Esq.
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2246
Fax:         (212) 556-2222
Email:      ekehoe@kslaw.com
E-mail:    lalbert@kslaw.com